No. 17,452.

GOODWIN, CLERK OF THE CITY OF TERRE HAUTE, *v.* STATE, EX REL. FOLEY.

From the Vigo Circuit Court.

*J. E. Piety* and *J. O. Piety*, for appellant.

*T. W. Harper, V. J. Barlow, J. C. Foley* and *P. M. Foley*, for appellee.

MONKS, J.—The questions presented in this cause are in all respects the same, and the parties the same as in the case of *Goodwin, etc.,* v. *State, ex rel.*, 142 Ind. 117.

On the authority of which case, the judgment is reversed, with instructions to overrule the demurrer to the second and third paragraphs of answer, and for further proceedings not in conflict with this opinion.

Filed September 26, 1895.